UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **SA CV 19-2503-DMG (KESx)**   Date  April 15, 2020

Title  *Tito Vasquez v. 99 Bottles and Cocktails, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On April 6, 2020, the Court ordered Plaintiff to show cause in writing, no later than April 14, 2020, why the above-entitled action should not be dismissed as to Defendant 8 Everafter, LLC for failure to prosecute.  To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice as to Defendant 8 Everafter, LLC only under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.