**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TITO VASQUEZ**, | Case No.: SA CV 19-2503 DMG (KESx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **99 BOTTLES & COCKTAILS,** et al., | |
| Defendants. | |

-1-

The Court having granted Plaintiff Tito Vasquez's motion for default judgment by Order dated July 6, 2020 [Doc. # 28],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendants 99 Bottles & Cocktails and Super 8, Inc. Defendants shall pay Plaintiff $4,600 (consisting of $4,000 in statutory penalties and $600 in attorneys' fees) and provide ADA-compliant signage relating to the handicapped parking at 99 Bottles and Cocktails.

DATED: July 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE