Joseph Bakhos Esq,
State Bar Number: 327036
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tito Vasquez <br><br> Plaintiff(s), <br> v. <br> 99 BOTTLES & COCKTAILS, a business entity; SUPER 8 INC., a corporation; 8 EVERAFTER LLC, a California Limited Liability company, <br><br> Defendant(s). | CASE NUMBER <br><br> 8:19-cv-02503-DMG-KES <br><br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

- ☒ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ___Tito Vasquez_____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

October 12, 2020
_____
Date

_/s/_____
Signature of Attorney/Party

NOTE:   F.R.Civ.P. 41(a): *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

F.R.Civ.P. 41(c): *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*